ALFRED PALMER, Respondent, v. AIME GORDON OLYPHANT ANDERSON, Appellant. — Order denying defendant's motion to compel the plaintiff to reply to the separate defense of the Statute of Frauds reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, without costs; the reply to be served within ten days from the entry of the order herein. The defense is valid if the promise relied on was oral. The plaintiff should, therefore, be required to reply in order that it may appear whether or not the promise relied on was oral or in writing. (*White* v. *Rintoul*, 108 N. Y. 222, 227, 229, 231; *Richardson Press* v. *Albright*, 224 id. 497, 501.) Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

EDWARD PETERSON, an Infant under the Age of Fourteen Years, by MARTHA PETERSON, His Guardian ad Litem, Respondent, v. GENEVA ELIZABETH HINES, Appellant.— In an action to recover damages for personal injuries sustained by plaintiff when the trolley car on the rear of which he was standing was struck by defendant's automobile, order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

EDITH PRICE, Respondent, v. FRED BEERS, INC., Appellant.— In an action for rent with defense and counterclaim for constructive eviction due to the fact that the bake oven erected on the adjoining premises of the lessor interfered with the use of defendant's ice box, judgment for plaintiff striking out the counterclaim and directing a verdict for the rent unanimously affirmed, with costs. There was no proof that the use by the plaintiff or her assignors of the adjoining premises had such an effect on the leased premises, as a whole, as to deprive the lessee of the beneficial use and enjoyment thereof so as to constitute a constructive eviction. Young, Carswell, Davis and Johnston, JJ., concur; Lazansky, P. J., concurs in result.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CARAMES, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Richmond, convicting defendant of a violation of section 1376 of the Penal Law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.